Form oscmlfee – oscmlfeev27

### UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–27620–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Jamal T. Young
　820 Mohil Place
　Piscataway, NJ 08854

Social Security No.:
　xxx–xx–0833

Employer's Tax I.D. No.:

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

　The Court having noted that:

☑　An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 10/20/2018 in the amount of $ 84.00 has not been received by the Clerk,

☐　The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

　It is hereby

　ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 11/5/18 or the case will be dismissed.

　If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 11/5/18.

　If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Michael B. Kaplan on

Date: 11/14/18
Time: 10:00 a.m.
Location: Courtroom 8
　Address:　Clarkson S. Fisher Courthouse
　　　　　　402 East State Street
　　　　　　Trenton, NJ 08608–1507

Dated: October 22, 2018
JAN: wir

　　　　　　　　　　　　　　　　　　Michael B. Kaplan
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge