Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−27620−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jamal T. Young
   820 Mohil Place
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−0833

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       1/12/22
Time:       01:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Bruce C. Truesdale, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,887.50

EXPENSES
$29.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 3, 2021
JAN:

                                                   Jeanne Naughton
                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                     Case No. 18-27620-MBK
Jamal T. Young                                                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                            User: admin                                Page 1 of 2
Date Rcvd: Dec 03, 2021                         Form ID: 137                               Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamal T. Young, 820 Mohil Place, Piscataway, NJ 08854-3220 |
| 517736391 | + | Attorney General of the United States, Department of Justice, Constitution Ave and 10th St. NW, Washington, DC 20530-0001 |
| 517736392 | + | Cenlar, PO Box 77423, Ewing, NJ 08628-7423 |
| 517736395 | | Diversified ADJ SVC, 600 Coon Rapids Blvd NW, Minneapolis, MN 55433-5549 |
| 517863329 | + | HomeBridge Financial Services, Inc., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518679880 | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, PO BOX 10826, GREENVILLE SC 29603-0826 |
| 518679881 | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, PO BOX 10826, GREENVILLE SC 29603-0826, NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SER, PO BOX 10826 GREENVILLE SC 29603-0826 |
| 517736397 | | Office of Chief Counsel, Internal Revenue Service, SB/SE Division Counsel, One Newark Center, Suite 1500, Newark, NJ 07102-5224 |
| 517736398 | + | Professional Bureau of Collections, 5295 DTC Parkway, Englewood, CO 80111-2752 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517736393 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 03 2021 20:35:08 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 517736394 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 03 2021 20:36:00 | District Director of the IRS, 955 S. Springfield Avenue, Springfield, NJ 07081 |
| 517856353 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2021 20:35:18 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517736399 | + | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2021 20:36:00 | United States Attorney*, For Internal Revenue Service), 970 Broad Street, 5th Floor, Newark, NJ 07102-2527 |
| 517853201 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 03 2021 20:35:17 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517736396 | *+ | Internal Revenue Service*, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 03, 2021 | Form ID: 137 | Total Noticed: 16 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Jamal T. Young brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Harold N. Kaplan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com informationathnk@aol.com |
| Paul Fanelli | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing paul.fanelli@davisbucco.com |
| Rebecca Ann Solarz | on behalf of Creditor HomeBridge Financial Services Inc. rsolarz@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8