UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

BRUCE C. TRUESDALE, P.C.
147 Union Avenue - Suite 1E
Middlesex, NJ  08846
By: Bruce C. Truesdale, P.C. (BT 0928)
Phone:  732-302-9600
Fax: 732-302-9066
Attorney for the Debtor[s]

**Order Filed on January 12, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JAMAL T YOUNG

| | |
|---|---|
| Case No.: | 18-27620 |
| Chapter: | 13 |
| Judge: | MBK |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 12, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Bruce C. Truesdale, Esq _____, the applicant, is allowed a fee of $ _____ 1887.50 _____ for services rendered and expenses in the amount of $ _____ 29 _____ for a total of $ _____ 1916.50 _____ . The allowance shall be payable:

☑     through the Chapter 13 plan as an administrative priority.    $1116.50 Through the Plan

☑     outside the plan.    $800 Held in Attorney Trust

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 18-27620-MBK

Jamal T. Young                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 13, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jamal T. Young, 820 Mohil Place, Piscataway, NJ 08854-3220 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2022                         Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Jamal T. Young brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Harold N. Kaplan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com  informationathnk@aol.com |
| Paul Fanelli | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing paul.fanelli@davisbucco.com |
| Rebecca Ann Solarz | on behalf of Creditor HomeBridge Financial Services  Inc. rsolarz@kmllawgroup.com |

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: Jan 13, 2022                       Form ID: pdf903                                 Total Noticed: 1

Rebecca Ann Solarz

on behalf of Creditor New Penn Financial  LLC d/b/a Shellpoint Mortgage Servicing rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8