| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>JAMAL T. YOUNG | Case No.: _____18-27620_____<br>Chapter: _____13_____<br>Judge: _____MBK_____ |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Jamal T. Young_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒  I am not required to pay domestic support obligations, or

    ☐  I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.


Date: 6/30/22_____                /s/ Jamal T. Young_____
                                                  Debtor's Signature




**IMPORTANT:**

- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a **completed** Certification in Support of Discharge.

*rev.6/16/17*