**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Jamal T. Young** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court | District of New Jersey |
| Case number: | 18-27620-MBK |

Social Security number or ITIN   xxx-xx-0833
EIN  _ _-_ _ _ _ _ _ _

Social Security number or ITIN  _ _ _ _
EIN  _ _-_ _ _ _ _ _ _

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jamal T. Young

8/19/22

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:
Case No. 18-27620-MBK

Jamal T. Young
Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 19, 2022 | Form ID: 3180W | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamal T. Young, 820 Mohil Place, Piscataway, NJ 08854-3220 |
| 517736392 | + | Cenlar, PO Box 77423, Ewing, NJ 08628-7423 |
| 517736397 | | Office of Chief Counsel, Internal Revenue Service, SB/SE Division Counsel, One Newark Center, Suite 1500, Newark, NJ 07102-5224 |
| 517736398 | ++ | PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND INC, 5750 DTC PARKWAY, SUITE 145, GREENWOOD VILLAGE CO 80111-5482 address filed with court:, Professional Bureau of Collections, 5295 DTC Parkway, Englewood, CO 80111 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 19 2022 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 19 2022 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517736391 | ^ | MEBN | Aug 19 2022 20:47:52 | Attorney General of the United States, Department of Justice, Constitution Ave and 10th St. NW, Washington, DC 20530-0001 |
| 517736393 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 19 2022 20:53:37 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 517736395 | ^ | MEBN | Aug 19 2022 20:47:56 | Diversified ADJ SVC, 600 Coon Rapids Blvd NW, Minneapolis, MN 55433-5549 |
| 517863329 | + | Email/Text: BKelectronicnotices@cenlar.com | Aug 19 2022 20:48:00 | HomeBridge Financial Services, Inc., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517736394 | | EDI: IRS.COM | Aug 20 2022 00:38:00 | District Director of the IRS, 955 S. Springfield Avenue, Springfield, NJ 07081 |
| 517856353 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2022 20:53:20 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518679880 | | Email/Text: mtgbk@shellpointmtg.com | Aug 19 2022 20:48:00 | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, PO BOX 10826, GREENVILLE SC 29603-0826 |
| 518679881 | | Email/Text: mtgbk@shellpointmtg.com | Aug 19 2022 20:48:00 | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, PO BOX 10826, GREENVILLE SC 29603-0826, NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SER, PO BOX 10826, GREENVILLE SC 29603-0826 |
| 517736398 | | Email/Text: compliance@pbcmcorp.com | Aug 19 2022 20:48:00 | Professional Bureau of Collections, 5295 DTC Parkway, Englewood, CO 80111 |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Aug 19, 2022 | Form ID: 3180W | Total Noticed: 16

| 517736399 | + Email/Text: usanj.njbankr@usdoj.gov | | |
| | | Aug 19 2022 20:49:00 | United States Attorney*, For Internal Revenue Service), 970 Broad Street, 5th Avenue, Newark, NJ 07102-2527 |
| 517853201 | + EDI: AIS.COM | | |
| | | Aug 20 2022 00:38:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 517736396 | *+ | Internal Revenue Service*, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2022                  Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Jamal T. Young brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Harold N. Kaplan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com  informationathnk@aol.com |
| Paul Fanelli | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing paul.fanelli@davisbucco.com |
| Rebecca Ann Solarz | on behalf of Creditor HomeBridge Financial Services  Inc. rsolarz@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor New Penn Financial  LLC d/b/a Shellpoint Mortgage Servicing rsolarz@kmllawgroup.com |
| Sherri Jennifer Smith | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ssmith@pincuslaw.com  brausch@pincuslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9